UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTE LEIPZIGER TRUST INVESTMENT-
GESELLSCHAFT mbH,

    Plaintiff,

 -against-

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

    Defendants.

No.  07 CIV 9592

JURY TRIAL DEMANDED



---

### RULE 7.1 DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Alte Leipziger Trust Investment-Gesellschaft mbH ("Alte Leipziger") certifies that Alte Leipziger is a wholly-owned subsidiary of Alte Leipziger Holding AG ("Alte Holding"), which in turn is a wholly-owned subsidiary of Alte Leipziger Lebensversicherung a.G. ("Alte Parent") and of Hallesche Krankenversicherung a.G. ("Hallesche Parent"). There is no publicly-held corporation that owns more than 10% of Alte Holding, Alte Parent or Hallesche Parent. Further, the undersigned counsel of record for Alte Leipziger, certifies that they are not aware of any interested parties other than those participating in the case.

Dated: New York, NY
October 25, 2007

**GRANT & EISENHOFER P.A.**

By: _____
Stuart M. Grant (SG-8157)
James J. Sabella (JS-5454)
Diane Zilka (DZ-9452)
Christine M. Mackintosh
485 Lexington Avenue
29th Floor
New York, NY  10017
(646) 722-8500

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone: (786) 235-5000
Facsimile: (786) 235-5005

*Attorneys for Plaintiff*