UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTE LEIPZIGER TRUST INVESTMENT-GESELLSCHAFT mbH, | : <br> : <br> :    No. 07-9592 |
| Plaintiff, | : |
| -against- | : <br> : |
| VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO, | : <br> : <br> : |
| Defendants. | : <br> : |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Alte Leipziger Trust Investment-Gesellschaft mbH, by and through its undersigned counsel, hereby voluntarily dismisses, without prejudice, the above-captioned action.

Dated: New York, NY
        December 3, 2007

**GRANT & EISENHOFER P.A.**

By:    s/ James J. Sabella
Stuart M. Grant (SG-8157)
James J. Sabella (JS-5454)
Diane Zilka (DZ-9452)
Christine M. Mackintosh
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

**DIAZ REUS ROLFF & TARG LLP**

Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone: (786) 235-5000
Facsimile: (786) 235-5005

*Attorneys for Plaintiff*